Roger Myers (CA State Bar No. 146164)
roger.myers@hro.com
Leila Knox (CA State Bar No. 245999)
leila.knox@hro.com
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999

Attorneys for Defendants
JANE MILLER (erroneously sued herein as Jane Miler),
CAREER PRESS, INC. and NEW PAGE BOOKS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA SHEPARD,<br><br>            Plaintiff,<br><br>   v.<br><br>JANE MILLER, an individual, CAREER PRESS, INC. NEW PAGE BOOKS, and DOES 1-100,<br><br>            Defendants. | CASE NO. 2:10-CV-01863-WBS-JRM<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF EXHIBIT IN PAPER FORMAT IN RELATION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

Pursuant to Local Rule 133, the parties to the above-entitled action submit the following Stipulation and Proposed Order.

WHEREAS defendants intend to file a Motion for Judgment on the Pleadings;

WHEREAS the book at issue in this litigation, *Healing Companions: Ordinary Dogs and Their Extraordinary Power to Transform Lives*, will be a central exhibit to the above-referenced motion;

WHEREAS the book is 256 pages long and the most efficient method of submitting it to the Court in connection with the above-referenced motion is to submit a copy of the book as published;

---

STIPULATION AND [PROPOSED] ORDER REGARDING EXHIBIT           Case No. 2:10-cv-01863-WBS-JFM
#54384 v1 saf

1 NOW, THEREFORE, the parties stipulate to file in paper format the book *Healing Companions: Ordinary Dogs and Their Extraordinary Power to Transform Lives* as an exhibit to the Supplemental Request for Judicial Notice to be filed with the Motion for Judgment on the Pleadings.

Dated: September 27, 2010

HOLME ROBERTS & OWEN LLP
ROGER MYERS
LEILA KNOX

By: /s/ Roger Myers
ROGER MYERS
Attorneys for Defendants Jane Miller, Career Press, Inc. and New Page Books

Dated:  September 21, 2010

NARANCIC AND KATZMAN, PC
PERRY J. NARANCIC

By: /s/ Perry J. Narancic
(as authorized on Sept. 21, 2010)
PERRY J. NARANCIC
Attorneys for Plaintiff Paula Shepard

## ORDER

Based upon the above stipulation of the parties, and good cause appearing therefore, IT IS SO ORDERED.

Dated:  September 28, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE