Roger Myers (CA State Bar No. 146164)
roger.myers@hro.com
Leila Knox (CA State Bar No. 245999)
leila.knox@hro.com
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999

Attorneys for Defendants
JANE MILLER (erroneously sued herein as Jane Miler),
CAREER PRESS, INC. and NEW PAGE BOOKS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA SHEPARD,<br><br>                 Plaintiff,<br><br>     v.<br><br>JANE MILLER, an individual, CAREER PRESS, INC. NEW PAGE BOOKS, and DOES 1-100,<br><br>                 Defendants. | CASE NO. 2:10-CV-01863-WBS-JRM<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING AND BRIEFING SCHEDULE ON DEFENDANTS' SPECIAL MOTION TO STRIKE AND MOTION FOR JUDGMENT ON THE PLEADINGS** |

   The parties to the above-entitled action hereby submit the following Stipulation and Proposed Order:

   WHEREAS defendants Jane Miller, Career Press, Inc. and New Page Books filed a Special Motion to Strike the state law claims on September 20, 2010, and noticed the hearing on that motion for November 8, 2010;

   WHEREAS defendants intend to file a Motion for Judgment on the Pleadings on the copyright as well as state law claims;

   WHEREAS the parties believe it is in the interest of judicial economy to combine the hearings on defendants' related motions;

1    WHEREAS the parties also believe that consolidation of the hearings on defendants' motions
2  warrants adjustment to the briefing schedule set by Local Rule 230;
3    NOW THEREFORE, the parties agree to the following schedule:  (1) defendants shall file
4  their Motion for Judgment on the Pleadings no later than October 18, 2010, and shall notice that
5  motion for hearing on December 6, 2010; (2) the hearing on defendants' Special Motion to Strike
6  currently set for November 8, 2010, shall be continued until December 6, 2010, and consolidated
7  with the hearing on the Motion for Judgment on the Pleadings once it is filed and noticed; (3) the
8  Opposition(s) of plaintiff Paula Shepard to defendants' Special Motion to Strike and to defendants'
9  Motion for Judgment on the Pleadings may be consolidated or filed separately and, in either event,
10 shall be filed on or before November 8, 2010; and (4) defendants' Reply brief(s) in support of their
11 Special Motion to Strike and their Motion for Judgment on the Pleadings also may be consolidated
12 or filed separately and, in either event, shall be filed on or before November 29, 2010.

Dated:  October 7, 2010                    HOLME ROBERTS & OWEN LLP
                                           ROGER MYERS
                                           LEILA KNOX

                                           By:  /s/ Roger Myers
                                                ROGER MYERS
                                                Attorneys for Defendants Jane Miller, Career
                                                Press, Inc. and New Page Books

Dated:  October 7, 2010                    NARANCIC AND KATZMAN, PC
                                           PERRY J. NARANCIC


                                                /s/ Perry J. Narancic
                                           By:  (as authorized on Oct. 6, 2010)
                                                PERRY J. NARANCIC
                                                Attorneys for Plaintiff Paula Shepard

## ORDER

Based upon the above stipulation of the parties, and good cause appearing therefore, IT IS SO ORDERED.

Dated:  October 8, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE
#54389 v1 saf