Perry J. Narancic (SBN 206820)
NARANCIC & KATZMAN, PC
325 Sharon Park Drive, #736
Menlo Park, CA 94025
www.technologylitigationcounsel.com
Tel: 650-814-7688
Fax: 650-814-7688
Email: pnarancic@nk-pc.com

Attorneys for Plaintiff
PAULA SHEPARD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA SHEPARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JANE MILLER, an individual, CAREER PRESS, INC., NEW PAGE BOOKS, and DOES 1-100.<br><br>　　　　　Defendants. | CASE NO. 2-10-cvc-01863-WBS-JRM<br><br>ORDER ON PLAINTIFF'S APPLICATION FOR LEAVE TO FILE A REPSONSE TO DEFENDANTS' OBJECTIONS TO DECLARATION OF PAULA SHEAPPRD [D.E. 26]<br><br>Date:　December 6 , 2010<br><br>Time:　2 pm<br><br>Judge:　Hon. William B. Shubb<br><br>Crtrm:　5 |

Having considered Plaintiff's Application for Leave to File a Response to Defendants' Objections to Declaration of Paula Sheppard [D.E. 32], and good cause appearing therefore, the Court orders as follows:

1.　Plaintiff shall file the following documents no later than Friday December 3, 2010 by 10:00 a.m. (PST):  Response to Objections of Jane Miller and Career Press, Inc. to

1 Declaration of Paula Sheppard in Opposition to Motions to Strike and for Judgment on the
2 Pleadings [D.E. 26].
3     IT IS SO ORDERED.
4     DATED:  December 2, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 –

[Proposed] Order on Plaintiff's Application for Leave to File Response to Defendants' Objections [D.E. 26]
Shepard v. Miller  Case No. 10-1863-WBS-JRM