```
 1   Roger Myers (CA State Bar No. 146164)
     roger.myers@hro.com
 2   Leila Knox (CA State Bar No. 245999)
     leila.knox@hro.com
 3   HOLME ROBERTS & OWEN LLP
 4   560 Mission Street, 25th Floor
     San Francisco, CA  94105-2994
 5   Telephone:  (415) 268-2000
     Facsimile:   (415) 268-1999
 6
 7   Attorneys for Defendants
     JANE MILLER (erroneously sued herein as Jane Miler),
 8   CAREER PRESS, INC. and NEW PAGE BOOKS
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| PAULA SHEPARD, | CASE NO. 2:10-CV-01863-WBS-JFM |
|---|---|
| Plaintiff, | **JOINT REQUEST TO APPEAR BY TELEPHONE AT STATUS CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| JANE MILLER, an individual, CAREER PRESS, INC. NEW PAGE BOOKS, and DOES 1-100, | STATUS CONFERENCE:<br>Date:         January 10, 2011<br>Time:         2 p.m.<br>Judge:        Hon. William B. Shubb |
| Defendants. | Courtroom:  5 |

Plaintiff's and Defendants' counsel request that they be permitted to appear by telephone, as allowed under the Court's standing orders.  Defendants' lead counsel, Roger Myers, will be out of the state but may be reached on his cell phone, (415) 328-9654, on the day of the scheduled status conference, January 10, 2011.  Plaintiff's counsel, Perry Narancic, also wishes to appear by telephone and may be reached on his office number at (650) 318-3481, on the day of the scheduled status conference, January 10, 2001.

Dated:  December 27, 2010         HOLME ROBERTS & OWEN LLP
                                  ROGER MYERS
                                  LEILA KNOX

                                  By:   /s/ Roger Myers
                                        ROGER MYERS
                                        Attorneys for Defendants Jane Miller, Career
                                        Press, Inc. and New Page Books

---

JOINT REQUEST TO APPEAR BY TELEPHONE AND [PROPOSED] ORDER     Case No. 2:10-cv-01863-WBS-JFM
#56011 v1 saf

| | |
|---|---|
| Dated:  January 6, 2011 | NARANCIC AND KATZMAN, PC<br>PERRY J. NARANCIC |
| | By:  /s/ Perry J. Narancic (as authorized Dec. 27, 2010)<br>     PERRY J. NARANCIC<br>     Attorneys for Plaintiff PAULA SHEPARD |

## **ORDER**

Having considered the parties' joint request to appear by telephone at the status conference on January 10, 2011, and good cause appearing therefore, IT ORDERED that counsel for both plaintiff and defendants shall be permitted to appear by telephone at the scheduled status conference.

Dated:  January 6, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE