1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10                              ----oo0oo----

11

12   PAULA SHEPARD,                      NO. CIV. 2:10-1863 WBS JFM

13            Plaintiff,
                                         ORDER
14       v.

15   JANE MILER, an individual,
     CAREER PRESS, INC., NEW PAGE
16   BOOKS, and DOES 1-100.

17            Defendants.
     _____/
18

19            Defendants' motion for attorneys fees is currently

20   scheduled to be heard on April 11, 2011, which required plaintiff

21   to file any opposition no later than March 28, 2011.  Plaintiff,

22   however, filed an untimely opposition at the end of the day on

23   March 31, 2011, leaving defendants only two business days to

24   prepare a reply.

25            In light of plaintiff's untimely opposition, the

26   parties agreed that defendants may have until April 6, 2011 to

27   submit a reply brief in support of their motion for attorneys

28   fees, and the court will approve this stipulation.

                                    1

1          In order to adequately consider the arguments in

2   defendants' reply brief, the court will reset the hearing on

3   defendants' motion for April 25, 2011 at 2:00 p.m.

4          IT IS SO ORDERED.

5   DATED: April 5, 2011

6

7   _____

    WILLIAM B. SHUBB

8   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28