Perry J. Narancic, SBN 206820
NARANCIC & KATZMAN, PC
325 Sharon Park Drive, #736
Menlo Park, CA  94025
www.technologylitigationcounsel.com
pnarancic@nk-pc.com
Tel: 650-814-7688
Fax: 650-618-2700


Attorneys for Plaintiff
PAULA SHEPARD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA SHEPARD,<br><br>                        Plaintiff,<br><br>          v.<br><br>JANE MILLER, CAREER PRESS BOOKS, NEW PAGE BOOKS, and DOES 1-100<br><br>                        Defendants. | CASE NO. 2-10-cvc-01863-WBS-JRM<br><br>PLAINTIFF'S COUNSEL'S REQUEST TO APPEAR BY TELEPHONE AND [~~PROPOSED~~] ORDER.<br><br>Date:     April 25, 2011<br><br>Time:    2 pm<br><br>Judge:   Hon. William B. Shubb<br><br>Crtrm:   5 |

On April 4, 2011, Plaintiff's counsel filed a request to appear by telephone at a hearing scheduled for April 11, 2011 [D.E. 63].  That hearing was continued to April 25, 2011 [D.E. 65], and Plaintiff's counsel requests permission to appear at that hearing by telephone.  The grounds of this request are that Plaintiff's counsel resides in San Mateo County (south of San Francisco), and that it would be economically efficient to appear by telephone.  Moreover, the hearing in the subject motion deals with issues that do not go to the merits of the present action –and therefore a

1

telephonic appearance may be more appropriate than otherwise might be the case. Plaintiff's counsel has informed opposing counsel of this request, and opposing counsel does not oppose this request. Plaintiff's counsel, Perry J. Narancic, shall be available on his office number at 650-318-3481, at the time of the scheduled hearing.

Respectfully Submitted,

DATED: April 21, 2011              NARANCIC & KATZMAN, PC

By: ___/s/ Perry J. Narancic___

Attorneys for Plaintiff
PAULA SHEPARD

## ORDER

Good cause appearing therefore, it is ordered that Plaintiff's counsel be permitted to appear by telephone at the hearing on D.E. 54, on April 25, 2011. The courtroom deputy shall initiate the telephone conference call.

Dated:     April 22, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2