UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PAULA SHEPARD,

      Plaintiff,

   v.

JANE MILER, an individual, CAREER PRESS, INC., NEW PAGE BOOKS, and DOES 1-100.

      Defendants.
_____/

NO. CIV. 2:10-1863 WBS JFM

<u>ORDER RE: MOTION FOR SUMMARY JUDGMENT</u>

----oo0oo----

Plaintiff Paula Shepard brought this action against defendants Jane Miller,[1] Career Press, Inc., and New Page Books,[2] alleging copyright infringement and related state law claims stemming out of defendants' alleged wrongful misappropriation of plaintiff's writings on psychiatric service dogs.  Presently

---

[1] Jane Miller is sued erroneously as "Jane Miler."  (Ans. at 1:22 (Docket No. 6).)

[2] New Page Books is an "imprint" of Career Press, Inc. (Ans. ¶ 4.)

1

1 | before the court is defendants' motion for summary judgment
2 | pursuant to Federal Rule of Civil Procedure 56.
3 |     Plaintiff filed a statement of non-opposition to
4 | defendants' summary judgement motion.  (Docket No. 86.)  A
5 | statement of non-opposition is filed by "[a] responding party who
6 | has no opposition to the granting of the motion."  Local R.
7 | 230(c).  Accordingly, good cause appearing, the court will grant
8 | the motion.
9 |     IT IS THEREFORE ORDERED that defendants' motion for
10 | summary judgment be, and the same hereby is, GRANTED.
11 | DATED:  January 11, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE