UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PAULA SHEPARD,

        Plaintiff,

   v.

JANE MILER, an individual, CAREER PRESS, INC., NEW PAGE BOOKS, and DOES 1-100.

        Defendants.

NO. CIV. 2:10-1863 WBS JFM

<u>ORDER RE: MOTION FOR SUMMARY JUDGMENT</u>

----oo0oo----

Plaintiff Paula Shepard brought this action against defendants Jane Miller,[1] Career Press, Inc., and New Page Books,[2] alleging copyright infringement and related state law claims stemming out of defendants' alleged wrongful misappropriation of plaintiff's writings on psychiatric service dogs.  Presently

---

[1] Jane Miller is sued erroneously as "Jane Miler."  (Ans. at 1:22 (Docket No. 6).)

[2] New Page Books is an "imprint" of Career Press, Inc. (Ans. ¶ 4.)

1

before the court is defendants' motion for summary judgment pursuant to Federal Rule of Civil Procedure 56.

Plaintiff filed a statement of non-opposition to defendants' summary judgement motion. (Docket No. 86.) A statement of non-opposition is filed by "[a] responding party who has no opposition to the granting of the motion." Local R. 230(c). Accordingly, good cause appearing, the court will grant the motion.

IT IS THEREFORE ORDERED that defendants' motion for summary judgment be, and the same hereby is, GRANTED.

DATED: January 11, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE