Roger Myers (CA State Bar No. 146164)
roger.myers@hro.com
Leila Knox (CA State Bar No. 245999)
leila.knox@hro.com
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999

Attorneys for Defendants
JANE MILLER (erroneously sued herein as Jane Miler),
CAREER PRESS, INC. and NEW PAGE BOOKS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA SHEPARD, | CASE NO. 2:10-CV-01863-WBS-JFM |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES** |
| v. | |
| JANE MILER, an individual, CAREER PRESS, INC. NEW PAGE BOOKS, and DOES 1-100, | |
| Defendants. | |

Plaintiff Paula Shepard and Defendants Jane Miller, Career Press, Inc. and New Page Books, by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS the Court issued its Order on January 12, 2012, finding in favor of Defendants on their Motion for Summary Judgment;

WHEREAS the Court entered judgment pursuant to that Order on January 12, 2012, which finally disposed of Plaintiff's lawsuit;

WHEREAS Defendants were awarded $119,143.05 in fees and costs by the Court on May 5, 2011, in connection with their successful Anti-SLAPP Motion to Strike;

WHEREAS Defendants are entitled to seek further attorneys' fees in connection with defending against Plaintiff's copyright claim;

1   WHEREAS the entry of judgment by the Court on January 12, 2012, makes the current due
2   date for any further fee motion February 13, 2012, under Local Rule 293(a) and Federal Rule of
3   Civil Procedure 6(d), which provides for three additional days where service is made by electronic
4   delivery;

5   WHEREAS Plaintiff and Defendants are currently in discussions regarding potential
6   resolution of this lawsuit, including payment by Plaintiff of the $119,143.05 awarded by the Court in
7   connection with Defendants' successful anti-SLAPP motion to strike;

8   NOW THEREFORE the parties stipulate and agree that the due date for any further fee
9   motion by shall be continued to March 9, 2012.

Dated:  February 8, 2012             HOLME ROBERTS & OWEN LLP
                                     ROGER MYERS
                                     LEILA KNOX


                                     By:  /s/ Roger Myers
                                          ROGER MYERS
                                          Attorneys for Defendants Jane Miller, Career
                                          Press, Inc. and New Page Books

Dated:  February 8, 2012             NARANCIC AND KATZMAN, PC
                                     PERRY J. NARANCIC


                                          /s/ Perry J. Narancic
                                     By:  (as authorized on February 8, 2012)
                                          PERRY J. NARANCIC
                                          Attorneys for Plaintiff Paula Shepard


## ORDER

Based upon the above stipulation of the parties, and good cause appearing therefore, IT IS SO ORDERED.

Dated:  February 8, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE