Roger Myers (CA State Bar No. 146164)
roger.myers@hro.com
Leila Knox (CA State Bar No. 245999)
leila.knox@hro.com
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999

Attorneys for Defendants
JANE MILLER (erroneously sued herein as Jane Miler),
CAREER PRESS, INC. and NEW PAGE BOOKS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA SHEPARD,<br><br>Plaintiff,<br><br>v.<br><br>JANE MILER, an individual, CAREER PRESS, INC. NEW PAGE BOOKS, and DOES 1-100,<br><br>Defendants. | CASE NO. 2:10-CV-01863-WBS-JFM<br><br>**STIPULATION TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES** |

    Plaintiff Paula Shepard and Defendants Jane Miller, Career Press, Inc. and New Page Books, by and through their respective counsel, hereby stipulate and agree as follows:

    WHEREAS the Court issued its Order on January 12, 2012, finding in favor of Defendants on their Motion for Summary Judgment;

    WHEREAS the Court entered judgment pursuant to that Order on January 12, 2012, which finally disposed of Plaintiff's lawsuit;

    WHEREAS Defendants were awarded $119,143.05 in fees and costs by the Court on May 5, 2011, in connection with their successful Anti-SLAPP Motion to Strike;

    WHEREAS Defendants are entitled to seek further attorneys' fees in connection with defending against Plaintiff's copyright claim;

WHEREAS the entry of judgment by the Court on January 12, 2012, makes the current due date for any further fee motion February 13, 2012, under Local Rule 293(a) and Federal Rule of Civil Procedure 6(d), which provides for three additional days where service is made by electronic delivery;

WHEREAS Plaintiff and Defendants are currently in discussions regarding potential resolution of this lawsuit, including payment by Plaintiff of the $119,143.05 awarded by the Court in connection with Defendants' successful anti-SLAPP motion to strike;

NOW THEREFORE the parties stipulate and agree that the due date for any further fee motion by shall be continued to March 9, 2012.

Dated:  February 8, 2012              HOLME ROBERTS & OWEN LLP
                                       ROGER MYERS
                                       LEILA KNOX

                                       By:  /s/ Roger Myers
                                            ROGER MYERS
                                            Attorneys for Defendants Jane Miller, Career
                                            Press, Inc. and New Page Books

Dated:  February 8, 2012              NARANCIC AND KATZMAN, PC
                                       PERRY J. NARANCIC


                                            /s/ Perry J. Narancic
                                       By:  (as authorized on February 8, 2012)
                                            PERRY J. NARANCIC
                                            Attorneys for Plaintiff Paula Shepard

## ORDER

Based upon the above stipulation of the parties, and good cause appearing therefore, IT IS SO ORDERED.

Dated:  February 8, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
STIP. TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS FEES          Case No. 2:10-cv-01863-WBS-JFM
#77693 v1 saf